IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| THE OFFICE OF THE COMMISSIONER OF BASEBALL, an unincorporated association doing business as Major League Baseball, THE NATIONAL BASKETBALL ASSOCIATION, a joint venture, THE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, an unincorporated association, THE NATIONAL FOOTBALL LEAGUE, an unincorporated association, and THE NATIONAL HOCKEY LEAGUE, an unincorporated association, <br><br> Plaintiffs, <br><br> v. <br><br> JACK A. MARKELL, Governor of the State of Delaware, and WAYNE LEMONS, Director of the Delaware State Lottery Office, <br><br> Defendants. | C.A. No. 09-538 (GMS) |

## ORDER

At Wilmington, this 31st day of August, 2009, in light of the Order of the United States Court of Appeals for the Third Circuit dated August 24, 2009 and Opinion dated August 31, 2009 vacating this court's Memorandum Order dated August 10, 2009 (D.I. 22), and remanding this matter for further proceedings with that the Third Circuit's decision,

IT IS HEREBY ORDERED that this case be DISMISSED.

_____
CHIEF UNITED STATES DISTRICT JUDGE